IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RUSSELL GAITHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) CV 121-001 <br> HOMER BRYSON; WARDEN JAMES ) <br> DEAL; WARDEN MR. PHILBIN; ) <br> MS. CHESTER; MR. ODGEN; SHEENA ) <br> BLACK; SHERRY BLAND; CHIEF JUDGE ) <br> SARAH F. WALL; RONALD J. STACY; ) <br> STEPHEN E. CURRY; GWEN ) <br> ROBERTSON; HELEN J. MERBERRY; ) <br> GEORGIA DEPARTMENT OF ) <br> CORRECTIONS OFFICE OF ) <br> INVESTIGATION AND COMPLIANCE; ) <br> CAROL W. BRAGG; MRS. JONES; ) <br> MR. JACKSON; JOHN DOE; and ) <br> WARDEN MARTY ALLEN, ) <br> ) <br> Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 12.) Nothing in the objections changes the analysis that Plaintiff has accumulated three strikes under 28 U.S.C. § 1915(g) and therefore cannot proceed *in forma pauperis* because he does not qualify for the imminent danger exception. Similarly, although Plaintiff filed an amended complaint after entry of the recommendation for dismissal, (doc. no. 8), nothing in the amended complaint shows that Plaintiff qualifies for the imminent danger exception to the

three-strike rule. Rather, he continues to complain primarily about a lack of adequate supplies and library time to pursue his legal claims, which as the Magistrate Judge explained, does not qualify for the imminent danger exceptions. Moreover, as demonstrated by Plaintiff's multiple filings, he certainly has sufficient supplies to prepare and file detailed documents with the Court.

Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 5), **DENIES** the motion for appointment of counsel (doc. no. 2), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 16th day of March, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA